# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 3732 RUSSELL PETERSON,

Appellant,

vs.

PNC BANK, NATIONAL ASSOCIATION,

Respondent.

No. 78218



FILED

JAN 06 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order entered in a quiet title action. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

On September 16, 2019, the clerk of this court issued a notice approving the parties' stipulation for an extension of time, until October 16, 2019, for appellant to file the opening brief.[1] Appellant did not timely file the opening brief or otherwise communicate with this court. Accordingly, on November 12, 2019, this court entered an order directing appellant to file and serve the opening brief and appendix by November 19, 2019.[2] This court cautioned that failure to timely file the opening brief and appendix could result in the imposition of sanctions, including the dismissal of this appeal. NRAP 31(d). To date, appellant has failed to file the opening brief

---

[1]A copy of this notice is attached.

[2]A copy of this order is attached.

20-00619

and appendix or otherwise communicate with this court. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Hardesty                                    Cadish

cc:   Hon. Joseph Hardy, Jr., District Judge
      John Walter Boyer, Settlement Judge
      Kerry P. Faughnan
      Wolfe & Wyman LLP
      Eighth District Court Clerk

## IN THE SUPREME COURT OF THE STATE OF NEVADA
## OFFICE OF THE CLERK

LN MANAGEMENT LLC SERIES 3732
RUSSELL PETERSON,
Appellant,
vs.
PNC BANK, NATIONAL ASSOCIATION,
Respondent.

**Supreme Court No. 78218**
District Court Case No. A682047

## NOTICE MOTION/STIPULATION APPROVED

TO:   Kerry P. Faughnan

The motion/stipulation filed this day is approved. Appellant's Opening Brief due:
October 16, 2019. No further extensions of time shall be permitted, except upon
motion clearly demonstrating good cause. NRAP 31(b)(2); NRAP 31(b)(3)(B).

DATE: September 16, 2019

Elizabeth A. Brown, Clerk of Court

By: Joan Hendricks
     Deputy Clerk

Notification List
     Electronic
     Wolfe & Wyman LLP \ Andrew A. Bao

19-38673

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 3732
RUSSELL PETERSON,

                 Appellant,

vs.

PNC BANK, NATIONAL
ASSOCIATION,

                 Respondent.

No. 78218

**FILED**

NOV 1 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S Young
DEPUTY CLERK

## ORDER

On September 16, 2019, the clerk of this court issued a notice approving the parties' stipulation for an extension of time, until October 16, 2019, to file and serve the opening brief. To date, however, appellant has failed to file the opening brief or otherwise communicate with this court.

Appellant shall have 7 days from the date of this order to file and serve the opening brief and appendix. Failure to timely file these documents may result in the imposition of sanctions, including the dismissal of this appeal. NRAP 31(d).

It is so ORDERED.

_____ C.J.

cc:    Kerry P. Faughnan
        Wolfe & Wyman LLP

19-46181